UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| RAYMOND BOHNENSTIEHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 3:14-cv-00371-MJR-DGW |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| KATHRYN STRONG, and | ) | |
| MATTHEW GEHRS, | ) | |
| | ) | **Removed from the Madison Circuit Court** |
| Defendants. | S | **Cause No.  2014 L 000206** |

## NOTICE OF REMOVAL

Defendants Wal-Mart Stores, Inc., Kathryn Strong, and Matthew Gehrs ("Defendants"), pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, for their notice of its removal of this action from the Madison County Circuit Court to this Court, state as follows:

1. Plaintiff Raymond Bohnenstiehl ("Plaintiff") filed a Complaint against Defendants in the Madison Circuit Court on February 7, 2014.  The action was docketed and is pending as Case No. 2014 L 000206 ("the Lawsuit").

2. Copies of the Summons and Complaint were served upon Defendants on or about February 26, 2014.

3. In his Complaint, Plaintiff alleges claims under the Age Discrimination in Employment Act, 29 U.S.C § 621 *et seq.* ("ADEA"), the Family and Medical Leave Act, 29 U.S.C. § 2614, *et seq*. ("FMLA"), and the Americans with Disabilities Act, 42 U.S.C. §12101, *et seq*. ("ADA").

4. Therefore, this Court has original subject matter jurisdiction over this case under 28 U.S.C. § 1331 because Plaintiff's asserted claims involve questions of federal law and the action may be removed to this Court pursuant to 28 U.S.C. § 1441.

5. Plaintiff is a citizen of the State of Illinois.

6. Defendant Wal-Mart Stores, Inc. is incorporated in Delaware and has its principal place of business in Arkansas.

7. Defendant Wal-Mart is not, nor has ever been a citizen of the State of Illinois, where this action was brought, within the meaning of 28 U.S.C. § 1332(c).

8. Pursuant to 28 U.S.C. § 1332, diversity of citizenship exists between Plaintiff and Defendant Wal-Mart.

9. Plaintiff's Complaint does not set forth specific monetary damages. However, as to Defendant Wal-Mart, Plaintiff's Complaint prays that "judgment be entered in his favor and against Wal-Mart in an amount in excess of $50,000.00 and award costs of suit." As to Defendants Kathryn Strong and Matthew Gehrs, Plaintiff's Complaint prays that "judgment be entered in his favor and against [Defendants Strong and Gehrs] in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as to the Court deems just and proper."

10. Thus, the Lawsuit also is within this Court's jurisdiction pursuant to 28 U.S.C. § 1332 by reason of the diversity of citizenship of the parties and the amount in controversy.

11. The Lawsuit is properly removed to this Court pursuant to 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1446(b), this notice is being filed within 30 days of service upon Defendants of Plaintiff's Complaint.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

13. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings and process served upon Defendants are attached to this notice as Exhibit A.

WHEREFORE, Defendants respectfully notify the Court, the state court, and the Plaintiff of the removal of this action to this federal district court.

        Respectfully submitted,

        *s/ Peter T. Tschanz*
        Susan M. Zoeller
        Peter T. Tschanz
        **BARNES & THORNBURG LLP**
        11 S. Meridian Street
        Indianapolis, Indiana 46204
        Telephone:   (317) 236-1313
        Facsimile:   (317) 231-7433
        E-mail:   susan.zoeller@btlaw.com
                peter.tschanz@btlaw.com

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 24th day of March, 2014, by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to the following:

> Michael J. Brunton - mbrunton@bruntonlawoffice.com
> Mary M. Stewart
> Brunton Law Offices, P.C.
> 819 Vandalia (HWY 159)
> Collinsville, Illinois 62234

> *s/ Peter T. Tschanz*
> Peter T. Tschanz

INDS02 DJA 1311371v1